UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEOPOLDO JOSE ARTIGAS,
A# 209–855–764,

    Petitioner,

v.                                                       4:17cv380–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 12) docketed November 1, 2017. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's removal from this country on October 18, 2017. No objections to the report and recommendation have been filed.

Given Petitioner's removal, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order of the court.

2. The government's motion (doc. 11) to dismiss is GRANTED.

3. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this   28th   day of    November   , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE